# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 978
:
APPOINTMENT TO THE : SUPREME COURT RULES DOCKET
PENNSYLVANIA BOARD OF LAW :
EXAMINERS :

## ORDER

**PER CURAM**

**AND NOW**, this 23rd day of February, 2024, Adam C. Bonin, Esquire**,** Philadelphia,

is hereby appointed as a member of the Pennsylvania Board of Law Examiners for a term

of three years, commencing April 1, 2024.